UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk of Court

General Court Number
408-535-5363

December 3, 2014

RE: 14-cv-03754-HRL  Sydrian Lofton v. ENS Associates Investments, LLC

Default is entered as to ENS Associates Investments, LLC and YP Enterprise Inc. dba Hoagie Steak Out on November 25, 2014.

RICHARD W. WIEKING, Clerk

_____
by:  D. Miyashiro
Case Systems Administrator
408-535-5373