UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENS ASSOCIATES INVESTMENTS, LLC; YP ENTERPRISE, INC. dba HOAGIE STEAKOUT,<br><br>　　　　　Defendants. | Case No.  5:14-cv-03754 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　　The court having been informed that the parties have reached a settlement, all previously scheduled deadlines and appearances are vacated.

　　　　**On or before February 9, 2015**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **February 17, 2015, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, plaintiff shall file a statement in response to this Order to Show Cause no later than **February 10, 2015**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not file a statement

in response to this Order.

**SO ORDERED**.

Dated:   December 10, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:14-cv-03754-HRL Notice has been electronically mailed to:

Tanya Eugene Moore     tanya@moorelawfirm.com, david@moorelawfirm.com, elise@moorelawfirm.com, isaac@moorelawfirm.com, marejka@moorelawfirm.com, whitney@moorelawfirm.com

3