Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Sydrian Lofton

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>        Plaintiff,<br><br>  vs.<br><br>ENS ASSOCIATES INVESTMENTS, LLC, et al.;<br><br>        Defendants. | Case No. 5:14-cv-03754-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: February 9, 2015                    MOORE LAW FIRM, P.C.


                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorneys for Plaintiff
                                                   Sydrian Lofton